UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN ROTHERHAM and CAROLINE ROTHERHAM, h/w,

Plaintiff,

-against-

SUPERFOODS, INC., d/b/a LIVE IT UP; AVIVA NATURAL SUPPLEMENTS, LLC; TRAFA PHARMACEUTICAL, INC.,

Defendant.

26-CV-6261 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

By **August 27, 2026**, the parties should submit a letter with a proposed scheduling order for this case, and should indicate whether the case management plan in 26-cv-537 should apply.

SO ORDERED.

Dated: August 21, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge